UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUVENTINO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; DEPUTY GREGORY SWOBODA; DEPUTY JOE NECOCHEA; SERGEANT SAVAGE and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV09-08410 DSF (OPx)<br><br>[PROPOSED] JUDGMENT<br><br>TRIAL DATE: July 26, 2011 |

Pursuant to the jury's verdict of July 29, 2011,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Deputy Gregory Swoboda shall have judgment entered in his favor on plaintiff's claim of Unreasonable Search and Seizure – Excessive Force (42 U.S.C. §1983);

Pursuant to this Court's Minute Order of May 10, 2011,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Deputy Joe Necochea shall have judgment entered in his favor on plaintiff's claim of Unreasonable Search and Seizure – Excessive Force (42 U.S.C. §1983);

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

CV09-08410 DSF (OPx)
[PROPOSED] JUDGMENT

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants
2  Deputy Gregory Swoboda, Deputy Joe Necochea, Sergeant Linzy Savage and DOE
3  Officers shall have judgment entered in their favor on plaintiff's claim of
4  Unreasonable Search and Seizure – Detention, Arrest and Malicious Prosecution (42
5  U.S.C. §1983);

6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant
7  County of San Bernardino and DOE Supervisors shall have judgment entered in
8  their favor on plaintiff's Municipal Liability for Unconstitutional Custom, Practice
9  or Policy Claim; and

10  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff
11  Juventino Rodriguez takes nothing and defendants, Deputy Gregory Swoboda,
12  Deputy Joe Necochea, Sergeant Linzy Savage and the County of San Bernardino
13  shall recover costs of suit. pursuant to a bill of costs filed in accordance
14  with 28 U.S.c. Section 1920 and Local Rule 54

15  DATED: 8/26/11                                    _____
16                                                    JUDGE DALE S. FISCHER

2

CV09-08410 DSF (OPx)
[PROPOSED] JUDGMENT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW